UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AZCO, INC.,

       Plaintiff(s),                       No. C 13-4761 PJH

   v.                              **ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

STELLAR GROUP, INC.,

       Defendant(s).
_____/

      One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **March 6, 2014, at 2:00 p.m**. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar. The conference will occur on **March 6, 2014 at 1:45 p.m.** The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291. **Lead counsel** is required to participate in the conference.

      IT IS SO ORDERED.

Dated: January 13, 2014

                                                      _____
                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge